## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 15-23428-CIV-OTAZO-REYES

### <u>CONSENT CASE</u>

FREDESVINDA SOLIVAN VELASQUEZ,
and others similarly-situated,

    Plaintiff,

v.

NORTH LAKE RETIREMENT HOME, INC.,
a Florida Corporation, and GUY BERGERON,
individually,

    Defendants.





### <u>ORDER OF DISMISSAL</u>

THIS CAUSE is before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [D.E. 21].  Having reviewed the Settlement Agreement between Plaintiff Fredesvinda Solivan Velasquez ("Plaintiff") and Defendants North Lake Retirement Home, Inc. and Guy Bergeron ("Defendants"), it appears to the Court that due cause exists to approve the settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.  Therefore, it is

ORDERED AND ADJUDGED that the Settlement Agreement is hereby APPROVED by the Court pursuant to <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,</u> 679 F.2d 1350 (11th Cir. 1982), and this action is DISMISSED WITH PREJUDICE with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.  All pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, this 22nd day of December, 2015.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record